| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 01 CR 1122-03 (LAP) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR05-30007 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Manuel Pereira 85 Goodwin Street Indian Orchard, MA. 01151-2139 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Loretta A. Preska | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 13, 2003 — TO May 12, 2006 |

OFFENSE

Conspiracy to Transport a Stolen Vehicle and Commit Mail Fraud (18 USC 371), Conspiracy to Transport, Receive, Possess, Sell, Distribute and Purchase Stolen and Contraband Cigarettes (18 USC 371).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District Of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_December 1, 2004_
Date

_Loretta A. Preska_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District Of Massachusetts

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_March 9, 2005_
Effective Date

_Michael A. Ponsor_
United States District Judge